**Judy Danelle Snyder, OSB No. 732834**
E-mail: judy@jdsnyder.com
**Melissa Hopkins, OSB No. 192226**
E-mail: melissa@jdsnyder.com
LAW OFFICES OF JUDY SNYDER
4248 Galewood Street
Lake Oswego, OR 97035
Telephone: (503) 228-5027
Facsimile: (971) 277-3894

    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| Clifford Scott Farwell, by and through James McCandlish, his Guardian Ad Litem,<br><br>    Plaintiff,<br><br>  v.<br><br>CURRY COUNTY, an Oregon county; CURRY HEALTH NETWORK, an Oregon health district; WADE CURTIS FOX, D.O., and individual; MARIUS GABRIELIUS PAKALNISKIS, M.D., an individual; RADIOLOGY ASSOCIATES, P.C., an Oregon professional corporation;  JOHN WARD, an individual; DANE J. HOOVER, an individual; PARKER W. WORKMAN, an individual; RODRIGO ZEPEDA-RIOS, an individual; SHAWNEE A. WALLACE, an individual; JOHN A. ENSLEY, an individual; RUSSELL H. BENSON, III, an individual; JEREMY L. KROHN, an individual; RYAN L. BROSE, an individual;<br><br>    Defendants. | Case No. 3:21-cv-01234-AA<br><br>DECLARATION OF MELISSA HOPKINS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER |

PAGE 1 -   DECLARATION OF MELISSA HOPKINS IN SUPPORT OF PLAINTIFF'S RESPONSE
           TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

LAW OFFICES OF JUDY SNYDER
4248 GALEWOOD STREET
LAKE OSWEGO, OREGON 97035
(503) 228-5027
FAX (971) 277-3894

I, Melissa Hopkins, declare as follows:

1. I am one of the attorneys representing the Plaintiff in this action. I make this declaration in support of Plaintiff's Response to Defendant's Motion for Protective Order. This declaration is based upon my personal knowledge and I am competent to testify with respect to the matters set forth below.

2. Attached as Exhibit 1 is a true and correct copy of my email communication with Defendant's attorney Thomas Armosino between May 13, 2025 and June 19, 2025.

3. On June 19, 2025 I made a conferral phone call to attorney Thomas Armosino regarding our FRCP 34(a)(2) Jail Property Inspection. During our conversation, Mr. Armosino told me that the Curry County Jail (hereafter "Jail") was not performing any construction related to any of the areas that I had sought in my request to inspect. He explained that the Jail was changing out the beds in the Jail because there is the potential that the beds have lead paint on them. There were no structural changes being made in the Jail.

While Mr. Armosino agreed to the admissibility of the photos and videos taken inside the Jail, I explained that I needed a private investigator to not only testify to the photos and videos, but also things that they witnessed inside the jail. I would need a private investigator because I will need them to be able to testify in court, not something an attorney can do. I offered to provide Mr. Armosino the name of my private investigator if that was the issue, explaining that the private investigator is former law enforcement. Mr. Armosino then stated that he was concerned that I was hiring a private investigator to do a full ADA assessment of the Jail. I was confused as Plaintiff does not have any ADA claim in this litigation. I explained again that I agree that any photos or videos would be under a protective order, explaining that I was not trying to help anyone learn how to break in or out of the Jail.

Mr. Armosino explained that the Jail was built before ADA requirements and that the Jail had tried several times to make ADA compliant renovations; however, the Jail has not been able to make the necessary changes due to budget. Mr. Armosino explained that both him and Curry

PAGE 2 -    DECLARATION OF MELISSA HOPKINS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

County are concerned that taking a bunch of videos and measurements will lead to a bunch of additional claims about ADA issues. Mr. Armosino stated that this was one of the realities he had to live with. I then explained that I have no intent on bringing ADA claims in this litigation, that this is not the purpose of my requested Jail property inspection.

      Mr. Armosino then stated that he was specifically concerned that our Jail property inspection could lead to other litigation from other individuals outside of this lawsuit. I explained that there would be a protective order, so none of the information would be shared outside of the bounds of this lawsuit. Unfortunately, we were still unable to reach an agreement and I explained that I would contact our Judge in this case and ask how they would like to proceed with our discovery issue.

      4.    Attached as Exhibit 2 is a true and correct copy of my email communication dated between June 20, 2025 and June 23, 2025 with Honorable Judge Mosman and all defense counsel regarding whether the Court would require a formal Motion to Compel or would prefer an informal status conference.

      5.    Attached as Exhibit 3 is a true and correct excerpts from the February 11, 2025 deposition of Rodrigo Zepeda Rios.

      6.    Attached as Exhibit 4 is a true and correct excerpts from the February 6, 2025 deposition of Dane J. Hoover.

//
//
//
//
//
//
//
//
//
//

PAGE 3 -    DECLARATION OF MELISSA HOPKINS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

7.  Attached as Exhibit 5 is a true and correct excerpts from the February 18, 2025 deposition of Ryan Brose.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to the penalty for perjury.**

DATED this 16th day of July, 2025.

          LAW OFFICES OF JUDY SNYDER

          s/   Melissa Hopkins
          JUDY DANELLE SNYDER, OSB No. 732834
          MELISSA HOPKINS, OSB No. 192226
          Telephone: (503) 228–5027
          Facsimile: (971) 277-3894
          Email: judy@jdsnyder.com
          Email: melissa@jdsnyder.com
          *Of Attorneys for Plaintiff*

PAGE 4 -    DECLARATION OF MELISSA HOPKINS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

LAW OFFICES OF JUDY SNYDER
4248 GALEWOOD STREET
LAKE OSWEGO, OREGON 97035
(503) 228-5027
FAX (971) 277-3894