Judy Danelle Snyder, OSB No. 732834
E-mail: judy@jdsnyder.com
Melissa Hopkins, OSB No. 192226
E-mail: melissa@jdsnyder.com
LAW OFFICES OF JUDY SNYDER
4248 Galewood Street
Lake Oswego, Oregon 97035
Telephone: (503) 228-5027
Facsimile: (971) 277-3894

    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| CLIFFORD SCOTT FARWELL, by and through James McCandlish, his Guardian Ad Litem,<br><br>    Plaintiff,<br><br>  v.<br><br>CURRY COUNTY, an Oregon county; CURRY HEALTH NETWORK, an Oregon health district; WADE CURTIS FOX, D.O., and individual; MARIUS GABRIELIUS PAKALNISKIS, M.D., an individual; RADIOLOGY ASSOCIATES, P.C., an Oregon professional corporation;  JOHN WARD, an individual; DANE J. HOOVER, an individual; PARKER W. WORKMAN, an individual; RODRIGO ZEPEDA-RIOS, an individual; SHAWNEE A. WALLACE, an individual; JOHN A. ENSLEY, an individual; RUSSELL H. BENSON, III, an individual; JEREMY L. KROHN, an individual; RYAN L. BROSE, an individual;<br><br>    Defendants. | Case No.  1:24-cv-01109-MO<br><br><br><br><br>STIPULATED MOTION FOR ABATEMENT AND SECOND MOTION TO EXTEND SCHEDULING ORDER DEADLINES |

PAGE 1 - STIPULATED MOTION FOR ABATEMENT AND SECOND MOTION TO EXTEND
    SCHEDULING ORDER DEADLINES

**LOCAL RULE 7-1 COMPLIANCE**

Pursuant to Local Rule 7-1(a), counsel for the parties have conferred on this motion and have agreed to file it as a stipulated motion.

**MOTION**

The parties respectfully move the Court for an order abating the case for 60 days from the date of this Motion. In addition, the parties move the Court for an order modifying the previous case scheduling order (ECF 42) to extend all pretrial deadlines dates for an additional 60 days from the date the case comes out of abatement.

On September 22, 2025, the Plaintiff, Clifford Scott Farwell died. Plaintiff's counsel requires time to receive Mr. Farwell's autopsy report, as well as to initiate probate proceedings to substitute as plaintiff a personal representative for Mr. Farwell's estate. A 60-day abatement and a subsequent 60-day extension of all pretrial deadline following abatement should provide enough time to obtain the autopsy report and to initiate state probate proceedings. This is the first request for an abatement and the second request for an extension of the case scheduling order.

**CONCLUSION**

The parties request that the case management order be amended as set forth above.

DATED this 30th day of September, 2025.

    LAW OFFICES OF JUDY SNYDER

    s/ Melissa Hopkins
    JUDY DANELLE SNYDER, OSB No. 732834
    MELISSA HOPKINS, OSB No. 192226
    Telephone: (503) 228–5027
    Email: judy@jdsnyder.com
    Email: melissa@jdsnyder.com
    *Of Attorneys for Plaintiff*

    LINDSAY HART, LLP

    s/Matteo J. Leggett
    NIKOLA LYN JONES, OSB No. 941013
    MATTEO J. LEGGETT, OSB No. 165341
    Telephone: (503) 226-7677
    Email: njones@lindsayhart.com

PAGE 2 - STIPULATED MOTION FOR ABATEMENT AND SECOND MOTION TO EXTEND SCHEDULING ORDER DEADLINES

LAW OFFICES OF JUDY SNYDER
4248 GALEWOOD STREET
LAKE OSWEGO, OREGON 97035
(503) 228-5027
FAX (971) 277-3894

Email: mleggett@lindsayhart.com
*Attorneys for Defendants Marius Gabrielius Pakalniskis, M.D. & Radiology Associates, P.C.*


GARRETT HEMANN ROBERTSON P.C.

s/Kim E. Hoyt
KIM E. HOYT, OSB No. 914080
TRAVIS A. MERRITT, OSB No. 195857
Telephone: (503) 581-1501
Email: khoyt@ghrlawyers.com
Email: tmerritt@ghrlawyers.com
*Of Attorneys for Defendant Wade Curtis Fox, D.O.*


HART WAGNER LLP

s/Erika L. Wilson
STEPHANIE C. KUCERA, OSB No. 1655509
ERIKA L. WILSON, OSB No. 972679
Telephone: (541) 548-6044
Email: sck@hartwagner.com
Email: elw@hartwagner.com
*Of Attorneys for Defendant Curry Health Network*


FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & McGOVERN, P.C.

s/Thomas F. Armosino
THOMAS F. ARMOSINO, OSB No. 911954
Telephone: (541) 858-3378
Email: armosino@fdfirm.com
*Of Attorneys for Defendants Curry County and individuals John Ward, Dane J. Hoover, Parker W. Workman, Rodrigo Zepeda-Rios, Shawnee A. Wallace, John A. Ensley, Russell H. Benson III, Jeremy L. Krohn, and Ryan L. Brose.*


PAGE 3 - STIPULATED MOTION FOR ABATEMENT AND SECOND MOTION TO EXTEND SCHEDULING ORDER DEADLINES

LAW OFFICES OF JUDY SNYDER
4248 GALEWOOD STREET
LAKE OSWEGO, OREGON 97035
(503) 228-5027
FAX (971) 277-3894